AO 91 (Rev. 5/85) Criminal Complaint

# United States District Court
## For The District of Columbia

**FILED**
OCT 1 1 2007
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

UNITED STATES OF AMERICA

V.

LESTER REVEL SIMPSON

**CRIMINAL COMPLAINT**

CASE NUMBER: 0 7 - 4 9 4 - M - 0 1

(Name and Address of Defendant)

I, the undersigned complainant being duly sworn state the following is true and correct to the best of my knowledge and belief. On or about July 31, 2004 through November 8, 2004 in the District of Columbia, and elsewhere the defendant did, (Track Statutory Language of Offense)

See Attached Affidavit.

in violation of Title __18__ United States Code, Section(s) <u>1029(a)</u>.

I further state that I am <u>Richard Dean, Special Agent with the United States Secret Service</u>, and that this complaint is based on the following facts:

**See Attached Affidavit**

Continued on the attached sheet and made a part hereof:  ☒ Yes   ☐ No

Signature of Complainant

AUSA, Susan B. Menzer  (202) 514-6968
Sworn to before me and subscribed in my presence,

Richard Dean, Special Agent
United States Secret Service

10/11/07
Date

at   Washington, D.C.
         City and State

Name & Title of Judicial Officer

Signature of Judicial Officer

**AFFIDAVIT OF SPECIAL AGENT RICHARD DEAN
IN SUPPORT OF CRIMINAL COMPLAINT**

I, Richard M. Dean, being duly sworn, depose and state:

1. I am a Special Agent with the United States Secret Service (USSS) and have been employed by the USSS as a Special Agent since July 2002. During this time, I have received formal training in the investigation of financial crime, including credit card (access device) fraud, counterfeiting of United States currency, and identity theft. I have received training from the Federal Law Enforcement Center in Glynco, Georgia, the United States Bureau of Engraving and Printing in Washington, D.C., and the USSS Special Agent Training Course in Beltsville, Maryland. During my tenure, I have investigated or assisted in the investigation of at least thirty cases involving the use of stolen or fraudulently obtained credit and debit cards, stolen or counterfeit checks, stolen or fraudulent personal identification cards, and where applicable, the prosecution of these violators.

2. The information contained in this affidavit is based on my personal knowledge and observations during the course of this investigation; information observed by or known to other law enforcement agents that they later conveyed to me; my review of records, documents and other physical evidence obtained during the investigation; and information gained through my training and experience. It does not state every fact known to the government pertaining to this investigation, and is submitted solely for the purpose of establishing probable cause in support of a criminal complaint against **LESTER R. SIMPSON**.

**RELEVANT STATUTE**

3. Title 18, United States Code, Section 1029, provides in pertinent part:

(a)    Whoever -

(1) knowingly and with intent to defraud produces, uses or traffics in one or more counterfeit access devices;

(2) knowingly and with intent to defraud traffics in or uses one or more unauthorized access devices during any one-year period, and by such conduct obtains anything of value aggregating $1,000 or more during that period;

(3) knowingly and with intent to defraud possesses fifteen or more devices which are counterfeit or unauthorized access devices;

(4) knowingly and with intent to defraud, produces, traffics in, has control or custody of, or possesses device-making equipment;

shall, if the offense affects interstate or foreign commerce, be punished as provided in subsection (c) of this section.

### DETAILS OF PROBABLE CAUSE FOR ARREST WARRANT

4. From July 31, 2004 through November 8, 2004, **LESTER R. SIMPSON**, purchased numerous pieces of merchandise from several Hecht's Department Stores and Home Depots in the District of Columbia and the State of Maryland with stolen credit card numbers. On November 8, 2004, I presented an affidavit to Superior Court Judge Ronald P. Wertheim, seeking authorization to search a three story single family home where I believed **LESTER R. SIMPSON** resided. The following day, on November 9, 2004, at approximately 8:30 a.m., a team of federal and local law enforcement officers executed the search warrant. **LESTER R. SIMPSON** was present and several automobiles, including defendant's black Avalanche and a S500 Mercedes with D.C. , were parked outside. Inside the premises, a substantial amount of evidence pertaining to violations of 18 U.S.C. Section 1029 was seized. In addition to merchandise that I believed was purchased by **LESTER R. SIMPSON** with stolen credit

2

card numbers, we found more than 190 credit card numbers issued to others, blank or partially completed credit cards, and an encoder that is used to imprint numbers on the magnetic strips of credit cards. **LESTER R. SIMPSON** had two credit cards in his wallet that bore his own name, but the credit card numbers encoded on the magnetic strips of each of these cards were not his and had been reported stolen. **LESTER R. SIMPSON** had just used one of these credit cards, encoded with the stolen account number of a Boynton Beach, Florida man, the day before at a Home Depot in Washington, D.C. to purchase a bathroom vanity that was found inside **LESTER R. SIMPSON**'s residence at the time of the search.

5. Since November 9, 2004, I have personally conducted a detailed investigation of LESTER R. SIMPSON's activities between July 31, 2004 and November 8, 2004. I have contacted dozens of credit card companies and verified that during this time period, **LESTER R. SIMPSON** and his associates purchased approximately $32,000 in merchandise with stolen credit card numbers from the following stores:

  a) Hecht's Department Store at 1201 G Street, N.W., Washington, D.C.;

  b) Hecht's Department Store at 4101 Branch Avenue, Marlow Heights, Maryland;

  c) Hecht's Department Store at 3500 East/West Highway, Hyattsville, Maryland;

  d) Hecht's Department Store at 5400 Wisconsin Avenue, Chevy Chase, Maryland;

  e) Hecht's Department Store at 14828 Baltimore Washington Blvd, Laurel, Maryland;

  f) Hecht's Department Store at 11200 Mall Circle, Waldorf, Maryland;

  g) Home Depot at 901 Rhode Island Avenue, N.W., Washington, D.C.; and

  h) Home Depot at 3301 East/West Highway, Hyattsville, Maryland.

At these various Hecht's locations, **LESTER R. SIMPSON** or his associates purchased numerous pieces of electronic equipment, home furnishings, jewelry and designer clothing for a total of $

23,911. At the two Home Depot locations, **LESTER R. SIMPSON** purchased a variety of home improvement items, such as wood flooring, tools and electrical supplies, for a total of $ 8,258. Many of the items seized from **LESTER R. SIMPSON**'s residence during the execution of the search warrant were similar in make and model to many of the purchases. This included a Cannon camera and photo printer, a Sony Handycam, a king size mattress and bedding, a Dyson vacuum, oak flooring, lighting fixtures and ceiling fans. Indeed, some of the seized items were still in their original packaging with the store tags.

6.   I was able to identify **LESTER R. SIMPSON** as the perpetrator of these crimes in a number of ways. For many of these purchases, **LESTER R. SIMPSON** presented a credit card with his own name embossed on the outside even though a stolen credit card number was encoded on the magnetic strip. As a result, the stores' computerized and paper records reflect that a AL. Simpson made the following purchases with stolen credit card numbers:

| Date | Time | Location | Items Purchased | Amount |
|---|---|---|---|---|
| 7/31/04 | 12:31pm | Hecht's-1201 G St, NW | designer boots | $74.01 |
| 7/31/04 | 3:18pm | Hecht's - Marlow Heights, MD | clothes | $416.33 |
| 10/5/04 | 8:03pm-8:21pm | Hecht's - Hyattsville, MD | mattress, bedding, clothes | $1,683.08 |
| 10/11/04 | 4:08pm-4:23pm | Hecht's - Waldorf, MD | clothes | $280.34 |
| 10/12/04 | 12:15pm-12:48pm | Hecht's - Hyattsville, MD | clothes | $422.27 |
| 10/28/04 | 1:06pm-1:55pm | Hecht's - Hyattsville, MD | video camera, designer boots | $1,186.48 |
| 10/28/04 | 7:18pm-7:30pm | Hecht's - 1201 G St, NW | video camera, clothes | $1,175.91 |
| 10/29/04 | 11:59am-2:17pm | Hecht's - Hyattsville, MD | ipod, vacuum, cologne, clothes | $1,016.37 |
| 11/2/04 | 5:56pm-6:22pm | Hecht's - Hyattsville, MD | ipod, computer paper, clothes | $669.02 |
| 11/3/04 | 11:32am-1:47pm | Hecht's - Hyattsville, MD | clothes, doll | $208.89 |

**TOTAL: $7,132.70**

Not only was AL. Simpson listed as the purchaser on the computerized records, a hard copy of the Hecht's receipt for the July 31, 2004 purchase of designer boots was found in **LESTER R. SIMPSON's** residence on November 9, 2004.

7.   In addition to his name on the store records, I was able to identify **LESTER R. SIMPSON** as either the purchaser or present during the following purchases by viewing photographic or video images of him taken at the time:

| Date | Time | Location | Items Purchased | Amount |
|---|---|---|---|---|
| 8/30/04 | 6:42pm-6:56pm | Hecht's - 1201 G St, NW | television, clothes, gift card | $1,625.50 |
| 10/4/04 | 12:28pm-12:41pm | Hecht's - Hyattsville, MD | television, dvd player, printer, clothes | $1,700.97 |
| 10/6/04 | 2:49pm | Hecht's - Laurel, MD | jewelry | $473.76 |
| 10/6/04 | 5:54pm | Hecht's - 1201 G St, NW | television | $634.49 |
| 10/6/04 | 7:40pm-7:53pm | Hecht's - Hyattsville, MD | jewelry, clothes | $676.20 |
| 10/15/04 | 3:01pm | Home Depot - Hyattsville, MD | wood flooring | $1,465.80 |
| 10/15/04 | 9:02pm-9:16pm | Hecht's - Hyattsville, MD | 2 media centers, clothes | $562.95 |
| 10/16/04 | 4:28pm-4:57pm | Home Depot - Hyattsville, MD | electrical supplies & fixtures, wood flooring, tool set | $2,064.22 |
| 10/17/04 | 2:40pm-3:15pm | Hecht's - 1201 G St, NW | clothes, 2 watches | $438.27 |
| 10/21/04 | 1:47pm | Home Depot - 901 Rhode Island Ave, NE | molding, stair tread | $647.30 |
| 10/21/04 | 3:06pm-3:20pm | Hecht's - Hyattsville, MD | camera, clothes | $482.98 |
| 10/22/04 | 3:58pm-4:10pm | Home Depot - Hyattsville, MD | electrical supplies & fixtures, radio | $1,685.86 |
| 10/22/04 | 4:27pm-4:37pm | Hecht's - Hyattsville, MD | ipod, camera, computer paper, clothes | $776.94 |
| 10/26/04 | 3:12pm-3:37pm | Hecht's - 1201 G St, NW | dvd player, camera accessory, cologne | $516.04 |
| 11/8/04 | 5:17pm-5:26pm | Home Depot - 901 Rhode Island Ave, NE | bathroom vanities, toilet, shower door, trash bags | $1,103.80 |

**TOTAL: $14,855.08**

5

Finally, on two separate occasions, the Hecht's Department Store security officers saw **LESTER R. SIMPSON** driving away from the Hyattsville, Maryland store. On October 21, 2004, he was seen leaving the parking lot inside a Mercedes S500 with D.C. Although this car is not registered to **LESTER R. SIMPSON**, it was at his residence on the day the search warrant was executed. On October 22, 2004, after making four purchases at the Hecht's Department Store in Hyattsville, Maryland, totaling $ 776.94, **LESTER R. SIMPSON** drove away in his black Chevrolet Avalanche bearing D.C. The Hecht's Department Security Officer followed **LESTER R. SIMPSON** as he drove out of the parking lot to **LESTER R. SIMPSON's** 3925 12th Street, N.E. home.

8. Based on the above information, I submit that probable cause exists to charge **LESTER R. SIMPSON** with numerous counts of access device fraud. Specifically, probable cause exists to charge **LESTER R. SIMPSON** with using one or more unauthorized access devices during any one-year period in which he obtained merchandise in excess of $1,000 or more during that period, in violation of 18 U.S.C. Section 1029(a)(2). Probable cause also exists based upon the items seized in his residence, namely the 190 credit card numbers issued to others, blank or partially completed credit cards, and an encoder that is used to imprint numbers on the magnetic strips of credit cards, to charge **LESTER R. SIMPSON** with violating 18 U.S.C. Sections 1029(a)(3) & (4).

_____
RICHARD M. DEAN
SPECIAL AGENT, U.S. SECRET SERVICE

_____
DEBORAH A. ROBINSON
U.S. MAGISTRATE JUDGE