AO442(Rev. 12/85) Warrant for Arrest

# UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

**FILED**

OCT 1 2 2007

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

UNITED STATES OF AMERICA

V.

LESTER REVEL SIMPSON

**WARRANT FOR ARREST**

CASE NUMBER: **0 7 - 4 9 4 - M - 0 1**

To:     The United States Marshal
and any Authorized United States Officer

YOU ARE HEREBY COMMANDED to arrest <u>LESTER REVEL SIMPSON</u>
Name
and bring him or her forthwith to the nearest magistrate to answer a(n)

☐ Indictment   ☐ Information   ☒ Complaint   ☐ Order of Court   ☐ Violation Notice   ☐ Probation Violation Petition

charging him or her with (brief description of offense)

See Attached Affidavit

DEBORAH A. ROBINSON
U.S. MAGISTRATE JUDGE

in violation of Title __18__ United States Code, Section(s) § 1029(a) .

| Name of Issuing Officer | Title of Issuing Officer |
|---|---|
| | OCT 11 2007 |
| Signature of Issuing Officer | Date and Location |

Bail fixed at $ _____   by _____

Name of Judicial Officer

| RETURN | | |
|---|---|---|
| This warrant was received and executed with the arrest of the above-named defendant at | | |
| DATE RECEIVED<br>10/12/07 | NAME AND TITLE OF ARRESTING OFFICER | SIGNATURE OF ARRESTING OFFICER |
| DATE OF ARREST | | |

137654