UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | Criminal No. |
| | : | Magistrate No. 07-MJ-494-01 |
| | : | |
| **v.** | : | |
| | : | |
| **LESTER REVEL SIMPSON,** | : | VIOLATION: |
| | : | 18 U.S.C. § 1029(a)(2) |
| | : | (Access Device Fraud) |
| **Defendant.** | : | |

## INFORMATION

The United States Attorney charges:

COUNT ONE
(Access Device Fraud)

From in or about July 31, 2004 through November 8, 2004, in the District of Columbia and elsewhere, defendant **LESTER SIMPSON,** knowingly and with intent to defraud, and affecting interstate commerce, used and assisted others in using more than one unauthorized access devices, namely credit and debit card account numbers issued to other individuals by credit card or financial institutions, and by such conduct, obtained goods in excess of $1,000 during this time period.

Access Device Fraud and Aiding and Abetting (in violation of Title 18, United States Code, Sections 1029(a)(2) and 2).

                                                                JEFFREY A. TAYLOR
                                                                United States Attorney for
                                                                the District of Columbia
                                                                 Bar No. 498610

By: _____/s/_____
        SUSAN B. MENZER
        Assistant United States Attorney
        (202) 514-6968