**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

FILED

NOV 1  2007

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | |
| v. | : | |
| | : | **Criminal No.** 07-28L |
| | : | |
| **LESTER R. SIMPSON,** | : | |
| | : | |
| **Defendant.** | : | |

## CONSENT ORDER OF FORFEITURE

WHEREAS, a written plea agreement was filed with this Court and signed by defendant **Lester R. Simpson** and his counsel, William B. Purpura, Esquire, in which defendant Simpson agreed to plead guilty to a felony violation, that is, Fraud in Connection With Access Device, in violation of Title 18, United States Code, Section 1029(a)(2);

WHEREAS, the Indictment also alleged the forfeiture of certain property, which property is subject to forfeiture, pursuant to Title 28, United States Code, Section 2461(c) (incorporating Title 18, United States Code, Section 981(a)(1)(C)), as property constituting, derived from, or traceable to proceeds obtained from the commission of the offense set forth above;

WHEREAS, in his plea agreement, the defendant expressly agreed and consented to the entry of an Order of Forfeiture, under Fed.R.Crim.P. 32.2(b)(2), which concerns property subject to forfeiture, pursuant to Title 28, United States Code, Section 2461(c) and Title 18, United States Code, Section 981(a)(1)(C), as property constituting, or derived from, proceeds obtained, directly or indirectly, as the result of access device fraud scheme; or property is subject to forfeiture as substitute property pursuant to 18 U.S.C. § 982(b)(incorporating 21 U.S.C. § 853(p)).

WHEREAS, this Court has determined, based on the evidence set forth during the

defendant's guilty plea, that the "Subject Property" is, either subject to forfeiture pursuant to

Title 28, United States Code, Section 2461(c)'s incorporation of Title18, United States Code,

Section 981(a)(1)(C), and that the Government has established the requisite nexus between such

property and the access device fraud scheme to violate Title 18, United States Code, Section

1029(a); or, is forfeitable as substitute assets pursuant to Title 18, United States Code, Section

981(a)(1)(C) (incorporating Title 28, United States Code, Section 2461(c)), when as a result of

any act or omission of the defendant, the property described for forfeiture:

    a.       cannot be located upon the exercise of due diligence;

    b.       has been transferred or sold to or deposited with third party;

    c.       has been placed beyond the jurisdiction of the court;

    d.       has been substantially diminished in value;

    e.       has been commingled with other property which cannot be divided without

          difficulty.

NOW THEREFORE, IT IS HEREBY ORDERED, ADJUDGED AND DECREED:

1. That the following property is declared forfeited to the United States, pursuant to Title

28, United States Code, Section 2461(c) and Title 18, United States Code, Section 981(a)(1)(C):

PERSONAL PROPERTY:

1 black briefcase containing 1 magnetic stripe encoder
1 Dewalt 12" Circular Saw, Model# DW708, Serial# 88445
1 Homelite Weed eater, Model # UT20779, Serial # AF2612316
5 Outlet Switch Covers
2 Glass Knob Hardware Kits
1 pack of performance paint brushes
1 Shop Vac, Model# 405EDI
1 Rigid Wet/Dry Vac, Model# WD1635
3 boxes of rags

2 Curtain Rod Ends, Model#77092
2 Towel Racks, Model# 77135
1 Rigid Jigsaw, Model# R3120
1 Dewalt Heavy Duty Reciprocating Saw, Model# DW309
1 Dewalt Drywall Drill, Model# DW257
1 Skill Circular Saw, Model# 5400, Serial# H28408
4 cans of spray cleaning wash
1 Porter Nail Gun, Model# BN125A
1 Milwaukee 18volt Flashlight w/ Battery, Serial# B90310
1 Bosch Planar, Model#3365, Serial# 186130384
1 Homelite 14" Chainsaw, Model#UT10901A, Serial# AG0480265
1 Comfort Glow Gas Log Heater, Model# CHL3924PR, Serial# 014042901
2 Hampton Bay Lights, Model# 385219
1 Hampton Bay Chandelier, Model# 324322
1 Ariens Snow blower, Model# 932036, Serial# 009961
1 Dewalt Table Saw, Model# DW744, Serial# 76731
1 Cordless Milwaukee Combo Tool Kit with a Radio (s/n 414B9024302767), Battery
Charger, 6.5" Circular Saw (s/n 057A50327240), Saw Zaw (s/n 372A603241022)
26 packs of 12 wooden deck spindles, Model# N80CB
1 Stanley Nail Gun
1 Pack of Bruce Hardwood Flooring
1 Sharp 20" LCD Television, Model# MNLC-20E1UB
1 Privilege Thermo Card Printer, Serial# E11485
1 Pioneer Plasma Television, Model# MNPDP 4300
3 Recessed Emerald Lighting Fixtures
2 Hunter Studio Ceiling Fans, Model# 25734
2 Hunter Spot Lights, Model# 26108
2 Royce Lighting Lanterns, Model# RL165PB
1 Baldwin Entrance Handle Set
1 Madison Avenue Bath & Vanity Light, Model# MN05601
1 Sanus Flat Panel Television, Model# MNVM3S
1 Bel Air Chandelier
2 Philips 30" Widescreen Televisions, Model# MN30PW80H
1 Compaq Presario CPU, Serial # 1X08DTZG35KR
1 Compaq Presario CPU, Serial# CNC4261FP2
$875 in Genuine U.S. Currency
1 Wallet containing Altered Credit Cards, Business Cards, and an old DC Drivers License
of Lester Simpson.
1 black Madison Coat, Style # 424743MY
1 Hewlett Packard Laptop # AMC20493
1 Sony Handicam w/ DVD, Serial 339581
1 Cannon Powershot Camera, Serial# 882211A159
2 Timberland Boots

1 Philips 23" Flat Screen Television, Serial# BZ1A0429802168
3 King Size Comforters
Misc. Clothing and Handbags
1 Dyson Vacuum Cleaner, Serial# 110USD72386
1 CP-200 Photo Printer, Serial# 6931309885
1 Sharp Camera, Serial# U306612642
1 Conair Hair Dryer
5 Packages of Cannon Printer Paper
1 Quisinart Blender

2. The United States may publish notice of the Order and its intent to dispose of the

Subject Property in such a manner as the Attorney General (or a designee) may direct. The

United States may also, to the extent practicable, provide written notice to any person known to

have an alleged interest in the Subject Property. Any person, other than the above named

defendant, asserting a legal interest in the Subject Property may, within thirty days of the final

publication of notice or receipt of notice, whichever is earlier, petition the Court for a hearing

without a jury to adjudicate the validity of his alleged interest in the Subject Property, and for an

amendment of this Consent Order of Forfeiture, pursuant to 18 U.S.C. § 982 (incorporating 21

U.S.C. 853).

3. Any petition filed by a third party asserting an interest in the Subject Property shall be

signed by the petitioner under penalty of perjury and shall set forth the nature and extent of the

petitioner's right, title, or interest in the Subject Property, the time and circumstances of the

petitioner's acquisition of the right, title or interest in the Subject Property, any additional facts

supporting the petitioner's claim and the relief sought.

4. After the disposition of any motion filed under Fed. R. Crim. P. 32.2(c)(1)(A) and

before a hearing on the petition, discovery may be conducted in accordance with the Federal

Rules of Civil Procedure upon a showing that such discovery is necessary or desirable to resolve factual issues.

5. The United States shall have clear title to the Subject Property following the Court's disposition of all third-party interests, or, if none, following the expiration of the period provided in 21 U.S.C. § 853 for the filing of third party petitions.

6. Pursuant to Fed. R. Crim. P. 32.2(b)(3), this Consent Order of Forfeiture shall become final as to the defendant at the time of sentencing and shall be made part of the sentence and included in the judgment. If no third party files a timely claim, this Order shall become the Final Order of Forfeiture, as provided by Fed. R. Crim. P. 32.2(c)(2).

7. The Court shall retain jurisdiction to enforce this Order, and to amend it as necessary, pursuant to Fed. R. Crim. P. 32.2(e).

8. The Clerk of the Court shall forward four certified copies of this Order to Assistant United States Attorney Susan B. Menzer, United States Attorney's Office, 555 Fourth Street, NW, Washington, D.C. 20530.

Dated this ___13th___ day of ___November___, 2007.

_____
UNITED STATES DISTRICT JUDGE

WE ASK FOR THIS:

JEFFREY A. TAYLOR. (DC Bar. No. 498610)
United States Attorney

By:    _____

SUSAN B. MENZER
Assistant United States Attorneys
Fraud and Public Corruption Section
U.S. Attorney's Office
555 Fourth Street, N.W.
Washington, D.C.  20530
(202) 514-6968


_____
Lester R. Simpson

_____
WILLIAM B. PURPURA, ESQUIRE
Defendant
Counsel for Defendant Simpson