UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

FILED
NOV 1 ᵕ 2007
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | Criminal No. 07-286 (HHK) |
| | : | Magistrate No. 07-494-M-01 |
| | : | |
| v. | : | |
| | : | |
| LESTER REVEL SIMPSON, | : | VIOLATION: |
| | : | 18 U.S.C. § 1029(a)(2) (Access Device |
| | : | Fraud) |
| Defendant. | : | |

## STATEMENT OF OFFENSE

From July 31, 2004 through November 8, 2004, **LESTER R. SIMPSON**, purchased or assisted others in purchasing at least $32,000 in merchandise with stolen credit and debit account numbers from the following stores:

a)  Hecht's Department Store at 1201 G Street, N.W., Washington, D.C.;
b)  Hecht's Department Store at 4101 Branch Avenue, Marlow Heights, Maryland;
c)  Hecht's Department Store at 3500 East/West Highway, Hyattsville, Maryland;
d)  Hecht's Department Store at 5400 Wisconsin Avenue, Chevy Chase, Maryland;
e)  Hecht's Department Store at 14828 Baltimore Washington Blvd, Laurel, Maryland;
f)  Hecht's Department Store at 11200 Mall Circle, Waldorf, Maryland;
g)  Home Depot at 901 Rhode Island Avenue, N.W., Washington, D.C.; and
h)  Home Depot at 3301 East/West Highway, Hyattsville, Maryland.

With the use of an encoder, **SIMPSON** altered the information on the magnetic strips of credit cards that were legitimately issued to him or his associates. Although the front of the credit cards bore **SIMPSON**'s or one of his associate's true name and credit card account number, the magnetic strips contained credit or debit account information that had been unlawfully obtained from other individuals. In fact, many of the credit and debit account numbers had been unlawfully obtained at a gas station in Boynton Beach, Florida with a skimming device that captured the victims' account information after they purchased gasoline.

These account numbers were forwarded to two of **SIMPSON**'s associates in Maryland through the Internet. **SIMPSON** took possession of these stolen account numbers and began using them to make these fraudulent purchases after these two associates were incarcerated in Virginia for making similar fraudulent purchases.

On November 9, 2004, many of the items purchased by **SIMPSON** were found in his Washington, D.C. home. **SIMPSON** also possessed 174 additional stolen credit and debit account numbers that had not yet been used by him. In addition to the encoder, **SIMPSON** had another device making piece of equipment - a credit card laminating machine - that could be used to make counterfeit credit cards. Several blank credit cards were also found in the third floor recreation room of his home.

_____
LESTER R. SIMPSON, Defendant