AO 455 (Rev. 5/85) Waiver of Indictment

# United States District Court

**FILED**
NOV 13 2007
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

DISTRICT OF _____

UNITED STATES OF AMERICA
V.

**WAIVER OF INDICTMENT**

Lester Revel Simpson

CASE NUMBER: 07CR 286

I, __Lester Revel Simpson__, the above named defendant, who is accused of

Access Device Fraud and Aiding and Abetting in violation of 18 USC 1029(a)(2) and (2).

being advised of the nature of the charge(s), the proposed information, and of my rights, hereby waive in open court on __November 13, 2007__ prosecution by indictment and consent that the proceeding may be by information rather than by indictment.

_____
Defendant

_____
Counsel for Defendant

Before _____
Judicial Officer