UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

FILED

FEB 2 7 2008

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

| UNITED STATES OF AMERICA | ) | |
| --- | --- | --- |
| | ) | |
| vs. | ) | DOCKET NO.: Cr-07-286-01 |
| | ) | |
| Lester Revel Simpson | ) | |

### ORDER

The U.S. Probation Office completed and disclosed the Presentence Report on January 30, 2008. The probation officer reported that a copy of the form entitled, "Receipt and Acknowledgment of Presentence Investigation Report" was not executed by counsel for the defendant. Accordingly, it is by the Court, this 27th day of February, 20 07,

**ORDERED,** that within five days of the date of this Order, counsel for the defendant shall execute the receipt and acknowledgment form and counsel for the defendant shall hand-deliver the same to the U.S. Probation Office.

_____
Henry H. Kennedy, Jr.
United States District Judge

2/27/08
DATE