UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | Criminal No. 07-286 (HHK) |
| | : | |
| v. | : | |
| | : | **FILED** |
| **LESTER R. SIMPSON,** | : | |
| | : | MAR 0 5 2008 |
| Defendant. | : | |
| _____ | : | NANCY MAYER WHITTINGTON, CLERK U.S DISTRICT COURT |

## FINAL ORDER OF FORFEITURE

WHEREAS, on November 13, 2007, defendant Lester R. Simpson entered a plea of guilty to a one-count Information charging him with fraud in connection with access devices, in violation of 18 U.S.C. § 1029(a)(2);

WHEREAS, in his plea agreement, the defendant expressly agreed and consented to the entry of an Order of Forfeiture, under Fed. R. Crim. P. 32.2, which concerns property subject to forfeiture, pursuant to 28 U.S.C. § 2461(c) and 18 U.S.C. § 981(a)(1)(C), as property constituting, or derived from proceeds obtained, directly or indirectly, as the result of his commission of access device fraud (or property subject to forfeiture as substitute property pursuant to 18 U.S.C. § 982(b)'s incorporation of 21 U.S.C. § 853(p));

WHEREAS, this Court has determined, based on the evidence set forth during the defendant's guilty plea, that the "Subject Properties" are subject to forfeiture pursuant to 28 U.S.C. § 2461(c)'s incorporation of 18 U.S.C. § 981(a)(1)(C), and that the Government has established the requisite nexus between the Subject Properties and the defendant's commission of access device fraud in violation of 18 U.S.C. § 1029(a); and

WHEREAS no third party has sought, pursuant to 21 U.S.C. § 853(n), to assert a legal interest in the Subject Properties, and to request a judicial determination of the validity of any

such legal interest in any of the Subject Properties;[1]

NOW THEREFORE, IT IS HEREBY ORDERED, ADJUDGED AND DECREED:

1. THAT the following Subject Properties are declared forfeited to the United States, pursuant to 28 U.S.C. § 2461(c) and 18 U.S.C. § 981(a)(1)(C):

PERSONAL PROPERTY:

1 black briefcase containing 1 magnetic stripe encoder
1 Dewalt 12" Circular Saw, Model# DW708, Serial# 88445
1 Homelite Weed eater, Model # UT20779, Serial # AF2612316
5 Outlet Switch Covers
2 Glass Knob Hardware Kits
1 pack of performance paint brushes
1 Shop Vac, Model# 405EDI
1 Rigid Wet/Dry Vac, Model# WD1635
3 boxes of rags
2 Curtain Rod Ends, Model#77092
2 Towel Racks, Model# 77135
1 Rigid Jigsaw, Model# R3120
1 Dewalt Heavy Duty Reciprocating Saw, Model# DW309
1 Dewalt Drywall Drill, Model# DW257
1 Skill Circular Saw, Model# 5400, Serial# H28408
4 cans of spray cleaning wash
1 Porter Nail Gun, Model# BN125A
1 Milwaukee 18volt Flashlight w/ Battery, Serial# B90310
1 Bosch Planar, Model#3365, Serial# 186130384
1 Homelite 14" Chainsaw, Model#UT10901A, Serial# AG0480265
1 Comfort Glow Gas Log Heater, Model# CHL3924PR, Serial# 014042901
2 Hampton Bay Lights, Model# 385219

---

[1] 21 U.S.C. §§ 853 and 881 incorporate into criminal forfeiture the civil procedural rules to the extent they are not inconsistent. Additionally, the Attorney General has also adopted the civil procedural Rules for criminal forfeiture as permitted by 21 U.S.C. § 853(n). Rule G of the Supplemental Rules for Admiralty and Maritime Claims and Asset Forfeiture Actions, which sets forth civil forfeiture procedures, does not require notice of forfeiture by publication if the value of the property is less than $1,000, and all reasonably identifiable potential claimants have been directly notified. In this matter, none of the subject properties appear to be worth more than $1,000, and the defendant has notice of the forfeiture. Nonetheless, the government commenced publication of the instant forfeiture on the government's official internet site on February 28, 2008, and will inform the Court should a third party submit a claim.

1 Hampton Bay Chandelier, Model# 324322
1 Ariens Snow blower, Model# 932036, Serial# 009961
1 Dewalt Table Saw, Model# DW744, Serial# 76731
1 Cordless Milwaukee Combo Tool Kit with a Radio (s/n 414B9024302767), Battery Charger, 6.5" Circular Saw (s/n 057A50327240), Saw Zaw (s/n 372A603241022)
26 packs of 12 wooden deck spindles, Model# N80CB
1 Stanley Nail Gun
1 Pack of Bruce Hardwood Flooring
1 Sharp 20" LCD Television, Model# MNLC-20E1UB
1 Privilege Thermo Card Printer, Serial# E11485
1 Pioneer Plasma Television, Model# MNPDP 4300
3 Recessed Emerald Lighting Fixtures
2 Hunter Studio Ceiling Fans, Model# 25734
2 Hunter Spot Lights, Model# 26108
2 Royce Lighting Lanterns, Model# RL165PB
1 Baldwin Entrance Handle Set
1 Madison Avenue Bath & Vanity Light, Model# MN05601
1 Sanus Flat Panel Television, Model# MNVM3S
1 Bel Air Chandelier
2 Philips 30" Widescreen Televisions, Model# MN30PW80H
1 Compaq Presario CPU, Serial # 1X08DTZG35KR
1 Compaq Presario CPU, Serial# CNC4261FP2
$875 in Genuine U.S. Currency
1 Wallet containing Altered Credit Cards, Business Cards, and an old DC Drivers License of Lester Simpson.
1 black Madison Coat, Style # 424743MY
1 Hewlett Packard Laptop # AMC20493
1 Sony Handicam w/ DVD, Serial 339581
1 Cannon Powershot Camera, Serial# 882211A159
2 Timberland Boots
1 Philips 23" Flat Screen Television, Serial# BZ1A0429802168
3 King Size Comforters
Misc. Clothing and Handbags
1 Dyson Vacuum Cleaner, Serial# 110USD72386
1 CP-200 Photo Printer, Serial# 6931309885
1 Sharp Camera, Serial# U306612642
1 Conair Hair Dryer
5 Packages of Cannon Printer Paper
1 Quisinart Blender

2. THAT all right, title, and interest to each of the aforementioned Subject Properties is hereby vested in the United States of America and the Subject Properties shall be disposed of in accordance with the law.

3. THAT the Court shall retain jurisdiction to enforce this Order, and to amend it as necessary, pursuant to Fed. R. Crim. P. 32.2(e).

4. THAT the Clerk of the Court is directed to forward a certified copy of this Order to the United States Marshals Service and to the Government's counsel of record.

Dated this ___5th___ day of ___March___, 2008.

_____
HENRY H. KENNEDY
UNITED STATES DISTRICT JUDGE