HONORABLE HENRY H. KENNEDY, JR., UNITED STATES DISTRICT JUDGE

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

**FILED**

MAR 05 2008

NANCY MAYER WHITTINGTON, CLERK
U.S DISTRICT COURT

| UNITED STATES OF AMERICA | : | Docket No.: <u>07-CR-286</u> |
| --- | --- | --- |
|  | : |  |
| vs. | : | SSN: |
|  | : |  |
| SIMPSON, Lester Revel | : | Disclosure Date: <u>January 30, 2008</u> |

## RECEIPT AND ACKNOWLEDGMENT OF PRESENTENCE INVESTIGATION REPORT

This is to acknowledge that each of the undersigned has received and reviewed the Presentence Investigation Report (PSR) in the above-entitled case. The undersigned further acknowledges that:

<u>For the Government</u>

(CHECK APPROPRIATE BOX)
    ( )    There are no material/factual inaccuracies therein.
    (✓)    There are material/factual inaccuracies in the PSI report as set forth in the attachment herein.

_____                                   2/13/08
Prosecuting Attorney                                        Date

<u>For the Defendant</u>

(CHECK APPROPRIATE BOX)
    ( )    There are no material/factual inaccuracies therein.
    ( )    There are material/factual inaccuracies in the PSI report as set forth in the attachment.

| _____ | _____ | _____ | _____ |
| Defendant | Date | Defense Counsel | Date |

## NOTICE OF OBLIGATION OF THOSE EXECUTING THIS FORM

Pursuant to Local Rule 32(f)(2), those executing this form shall first submit any material inaccuracies or disputes in writing by <u>February 13, 2008</u>, to U.S. Probation Officer <u>Renee Moses-Gregory</u>, telephone number <u>(202) 565-1348</u>, fax number <u>(202) 273-0242</u>.

Pursuant to Rule 32(b)(6)(B), effective December 1, 1994, it shall be the responsibility of the Attorney for the Government and the Defense Counsel to provide each other with a copy of the objections at the same time the objections are filed with the probation office.

FOR THE COURT

By:    Gennine A. Hagar, Chief
       United States Probation Officer

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | Criminal No. 07-CR-286 (HHK) |
| | : | Magistrate No. 07-494-M-01 |
| | : | |
| v. | : | |
| | : | |
| LESTER REVEL SIMPSON, | : | VIOLATION: |
| | : | 18 U.S.C. § 1029(a)(2) (Access Device |
| | : | Fraud) |
| Defendant. | : | |

GOVERNMENT'S RECEIPT AND ACKNOWLEDGMENT
OF PRESENTENCE INVESTIGATION REPORT

The government submits the following changes to the Presentence Investigation report:

1. Release Status - the government never requested that defendant Simpson be detained, and therefore, there was no detention hearing.

2. Paragraph 5: defendant signed Statement of Offense on November 13, 2007, not November 1, 2007.

3. Paragraph 6 should read: "From July 31, 2004 through November 8, 2004, the defendant, Lester Revel Simpson, purchased or assisted other in purchasing at least $40,258 in merchandise with stolen credit and debit account numbers from area stores to include the following:"

4. Paragraph 9 should replace paragraph 8.

5. Paragraph 9 should read: "the defendant or his associates purchased numerous pieces of electronic equipment, home furnishings, jewelry, designer clothing and home improvement items, such as wood flooring, tools and electrical supplies at the above listed stores."

6. Paragraph 12: Capitol One's loss is $1,899.74; Huntington Bank should be the 8th victim listed; Empire Affiliates should be removed as a victim requiring restitution. The total amount should be changed from $39,543.85 to $40,258.