HONORABLE HENRY H. KENNEDY, JR.
UNITED STATES JUDGE

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

ORDER TO SURRENDER

**FILED**
APR 2 2 2008
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

UNITED STATES OF AMERICA

vs.

Simpson, Lester Revel          Docket No.: CR 07-286

TO:   DIRECTOR, FEDERAL BUREAU OF PRISONS

It is hereby **ORDERED** that  Lester, Revel Simpson  having been sentenced, on March 5, 2008, in the above case to the custody of the Bureau of Prisons, surrender himself to the Bureau of Prisons by reporting to     CI Rivers    , in  Winton, NC     2 p.m., on  April 23, 2008

_4/21/08_
Date

HENRY H. KENNEDY, JR.
UNITED STATES JUDGE

**ACKNOWLEDGMENT:** I agree to report as directed in this Order and understand that if I fail to do so, I may be cited for Contempt of Court, and if convicted of this offense, may be punished by imprisonment or fine, or both.

ATTORNEY/U.S. PROBATION OFFICER           DEFENDANT

Revised 6-2004